# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

JOHN J. O"BRIEN

V.

R. PETER ANDERSON
TRIAL COURT OF MASSACHUSETTS

SUMMONS IN A CIVIL CASE

2004 JUL 16 P 12:53

CASE NUMBER:  03-11356 GAO

TO: (Name and address of Defendant)

Trial Court of Massachusetts
2 Center Plaza
Boston, MA   02108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul K. Flavin, Esquire
Flavin & Koslowsky
424 Adams Street
Milton, MA   02186

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    6-16-04

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/13/04
                Date            Signature of Server

                                Address of Server

    I, Alexander Gray, as attorney for the trial court of
Massachusetts hereby accept service of the within Complaint on
behalf of the Trial Court of Massachusetts and R. Peter Anderson
in his official capacity as an employee thereof.

Date: 7/16/04                          Alexander Gray

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.