# UNITED STATES DISTRICT COURT

District of    Massachusetts

John J. O'Brien

V.

R. Peter Anderson
The Trial Court of Massachusetts

SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 03 - 11356 GAO

TO: (Name and address of Defendant)

R. Peter Anderson
20 Wachusetts Street
Jamaica Plain, MA 02130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul K. Flavin
Flavin & Koslowsky
424 Adams Street
Milton, MA 02186

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

6-16-04

CLERK

(By) DEPUTY CLERK



## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date            Signature of Server

_____
Address of Server

I, Richard Renehan, Esquire, hereby accept service of the within Complaint on behalf of R. Peter Anderson in his individual capacity.

Date: JULY 22 2004                    /s/ Richard Renehan
                                      Richard Renehan, Esquire

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.