UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN J. O'BRIEN, ) ) ) Plaintiff, ) ) V. ) ) ) R. PETER ANDERSON and the TRIAL ) COURT OF MASSACHUSETTS ) ) | Civil Action File No. 03-11356 GAO |

NOTICE OF APPEARANCE

Pursuant to United States District Court Local Rule 83.5.2 and Local Rule 5.1(a)(1), please enter an appearance of J. Owen Todd on behalf of defendant, the Trial Court of Massachusetts, in the above-captioned action.

TRIAL COURT OF MASSACHUSETTS,

By its attorneys,

_____
J. Owen Todd (BBO# 499480)
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626

August 12, 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 8/18/04
_____