UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN J. O'BRIEN,<br><br>Plaintiff,<br><br>V.<br><br>R. PETER ANDERSON and the TRIAL COURT OF MASSACHUSETTS | Civil Action File No.<br>03-11356 GAO |

### DEFENDANT TRIAL COURT OF MASSACHUSETTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Now comes the defendant, the Trial Court of Massachusetts (the "Trial Court"), and hereby moves, pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the plaintiff's claims against it in this matter for failure to state a claim upon which relief can be granted. As grounds for this Motion, the Trial Court states as follows:

1. Plaintiff John J. O'Brien's ("Commissioner O'Brien's") Complaint fails as a matter of law where (i) the Plaintiff cannot establish that the Trial Court owed him a legal duty, that it breached its duty, or that the breach caused Commissioner O'Brien's alleged harm (incarceration as a result of his refusal to comply with a court order); (ii) the Trial Court (via the Massachusetts Chief Justice for Administration and Management "CJAM") had *no authority* to interfere with a contempt order issued by a Massachusetts District Court judge against Commissioner O'Brien for failure to comply with a court order; and (iii) Section 10(b) of the Massachusetts Tort Claims Act bars Plaintiff's claim because the alleged negligent conduct of the Trial Court – failure to administratively resolve the drug-testing dispute - was a discretionary function.

For the foregoing reasons, the Trial Court respectfully requests that this Court grant Trial Court's Motion to Dismiss by entering judgment in its favor and against Commissioner O'Brien on all counts of the Complaint.

TRIAL COURT OF MASSACHUSETTS,

By its attorneys,

*/s/ J. Owen Todd*

J. Owen Todd (BBO# 499480)
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626

August 12, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 8/12/04

*/s/ J. Owen Todd*