UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN J. O'BRIEN,<br><br>    Plaintiff<br>v.<br><br>R. PETER ANDERSON and the TRIAL COURT OF MASSACHUSETTS,<br><br>    Defendants | Civil Action File No.<br>04-11356 GAO |

**ASSENTED TO MOTION TO EXTEND THE TIME TO FILE OPPOSITIONS TO THE MOTIONS TO DISMISS FILED BY THE DEFENDANTS**

The Plaintiff in the above-captioned action hereby moves this Honorable Court extend the time for the Plaintiff, John J. O'Brien (hereinafter "O'Brien") to file Oppositions to the Motion to Dismiss filed by Defendant, R. Peter Anderson (hereinafter "Anderson") and the Motion to Dismiss filed by the Defendant, Trial Court of Massachusetts (hereinafter "Trial Court") until September 20, 2004.

The grounds for this Motion is as follows:

1.    The Parties are attempting to mediate this matter in an effort to settle without further litigation.

The Plaintiff notes for the Court that this Motion to extend is assented to by counsel to both Defendants.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| R. PETER ANDERSON, | JOHN J. O'BRIEN, |
| By his attorney, | By his attorney, |
| <u>Richard W. Renehan          /s/</u><br>Richard W. Renehan, Esquire<br>BBO# 416680<br>Goulston & Storrs<br>400 Atlantic Avenue<br>Boston, MA 02110<br>(617) 482-1776 | <u>John C. Koslowsky          /s/</u><br>Paul K. Flavin, Esquire<br>BBO# 171145<br>John C. Koslowsky<br>BBO# 561616<br>Flavin & Koslowsky<br>424 Adams Street<br>Milton, MA 02186<br>(617) 698-3000 |

Respectfully Submitted,

TRIAL COURT OF MASSACHUSETTS

By its attorney,

<u>J. Owen Todd                /s/</u>
J. Owen Todd, Esquire
BBO#  499480
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626


Dated: August 18, 2004

**CERTIFICATE OF SERVICE**

      I, John C. Koslowsky, Esquire, hereby certify that I have this day served a copy of the within document by delivering same by first class mail, postage prepaid to:

J. Owen Todd, Esquire
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626

Richard W. Renehan, Esquire
Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

                                                  John C. Koslowsky            /s/
                                                  John C. Koslowsky