SCANNED
DATE: 08/12/04
BY: SKY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
JOHN J. O'BRIEN          )
                         )
         Plaintiff       )
                         )
    v.                   )      C.A. No. 04-11356GAO
                         )
R. PETER ANDERSON and the)
TRIAL COURT OF           )
MASSACHUSETTS            )
                         )
         Defendants.     )
                         )
```

## NOTICE OF APPEARANCE

Please enter my appearance in the above-entitled case on behalf of Defendant R. Peter Anderson.

By his attorney,

*Richard W. Renehan*
Richard W. Renehan
Special Assistant Attorney General
BBO No. 416680
Goulston & Storrs
A Professional Corporation
400 Atlantic Avenue
Boston, MA 02110
617-482-1776

DATED: August 10, 2004