UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN J. O'BRIEN<br><br>Plaintiff<br><br>v.<br><br>R. PETER ANDERSON and the<br>TRIAL COURT OF<br>MASSACHUSETTS<br><br>Defendants. | C.A. No. 03-11356GAO |

## DEFENDANT R. PETER ANDERSON'S
## MOTION TO DISMISS AND FOR ENTRY OF FINAL JUDGMENT

Defendant R. Peter Anderson ("Judge Anderson") moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Count I (42 U.S.C. § 1983), Count II (M.G.L. c. 12, § 11I), Count III (false imprisonment), Count IV (negligent infliction of emotional distress), and Count V (intentional infliction of emotional distress) against him in the Complaint brought by Plaintiff John J. O'Brien. Further, because there is no just reason for delay, Judge Anderson also moves pursuant to Federal Rule of Civil Procedure 54(b) for entry of final judgment as to all claims O'Brien asserted against him. As grounds for his motion, Judge Anderson states as follows:

1. John O'Brien ("O'Brien"), the Commissioner of Probation for the Commonwealth of Massachusetts, has brought claims against Judge Anderson, the First Justice of the Brighton Division of the Boston Municipal Court Department, under 42

U.S.C. § 1983 and M.G.L. c. 12, § 11I, and for false imprisonment, negligent infliction of emotional distress, and intentional infliction of emotional distress.

2. O'Brien seeks monetary damages.

3. O'Brien's claims all arise from adjudicatory actions by Judge Anderson taken in his judicial capacity: namely, Judge Anderson held O'Brien in contempt of court for failing to comply with court orders concerning random drug testing of certain defendants.

4. For the reasons stated in the Memorandum in Support of R. Peter Anderson's Motion to Dismiss and for Entry of Final Judgment, Judge Anderson is immune from suit for the conduct concerning which O'Brien complains.

5. O'Brien, therefore, fails to state claims on which relief can be granted.

6. Because all of O'Brien's claims against Judge Anderson must be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) and there is no just reason for delay, Judge Anderson moves for entry of final judgment in his favor on Counts I, II, III, IV, and V pursuant to Federal Rule of Civil Procedure 54(b).

WHEREFORE, Judge Anderson requests that this Court dismiss with prejudice all counts against him (namely, Counts I, II, II, IV, and V) in O'Brien's Complaint and, pursuant to Federal Rule of Civil Procedure 54, enter final judgment in his favor.

*Richard W. Renehan*
Richard W. Renehan (BBO# 416680)
Special Assistant Attorney General
Goulston & Storrs, PC
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

Dated: August 10, 2004

GSDOCS-1385032-1
08/10/2004 1:25 PM

-2-

**CERTIFICATION OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 8/10/04
*Richard W. Renehan*