UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN J. O'BRIEN
        Plaintiff(s)

v.                            CIVIL ACTION NO. 04-11356-GAO

R. PETER ANDERSON, ETAL
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

**G**    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

After a hearing on November 1, 2004, defendant Anderson's motion to dismiss count 1 of the complaint, the 1983 claim [ doc 9], is GRANTED. With respect to defendant Trial Court of Massachusetts motion to dismiss for failure to state a claim [ doc 5], the court declines jurisdiction over the state claims. Therefore, all state claims are dismissed without prejudice.

TONY ANASTAS,
CLERK OF COURT

Dated: 11/1/04                    By Paul S. Lyness
                                                               Deputy Clerk

(Jgt Civil Case  CA 04-11356.wpd - 11/98)
  [jgm.]