SCANNED
DATE: 12/1/04
BY: M.P.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 NOV 30  A 11: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| JOHN J. O'BRIEN, ) | |
| ) | |
| Plaintiff ) | Civil Action File No. |
| v. ) | 04-11356 GAO |
| ) | |
| R. PETER ANDERSON and the TRIAL ) | |
| COURT OF MASSACHUSETTS, ) | |
| ) | |
| Defendants ) | |

FILING FEE PAID:
RECEIPT # 60414
AMOUNT $ 255.00
BY DPTY CLK
DATE 11/30/04

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, John J. O'Brien, in the above captioned matter hereby appeals to the United States District Court of Appeals for the First Circuit from the Judgment (O'Toole, J.) entered in this action on the 2nd day of November, 2004.

Respectfully Submitted,

JOHN J. O'BRIEN,

By his attorney,

*[signature]*

Paul K. Flavin, Esquire
BBO# 171145
John C. Koslowsky
BBO# 561616
Flavin & Koslowsky
424 Adams Street
Milton, MA 02186
(617) 698-3000

Dated: November 29, 2004

## CERTIFICATE OF SERVICE

I, Paul K. Flavin, Esquire, hereby certify that I have this 29th day of November, 2004, served a copy of the within document by delivering same by first class mail, postage prepaid to:

J. Owen Todd, Esquire
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626

Richard W. Renehan, Esquire
Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

_____
Paul K. Flavin