04-11356
USDCMA
O'TOOLE, J.

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 04-2647

JOHN J. O'BRIEN

Plaintiff - Appellant

v.

R. PETER ANDERSON; TRIAL COURT OF MASSACHUSETTS

Defendants - Appellees

## JUDGMENT

**Entered: April 29, 2005**

Upon consideration of stipulation,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: 4/29/05

By the Court:
Richard Cushing Donovan, Clerk

By: _LYNNE ALIX MORRISON_
Appeals Attorney

[cc: Paul K. Flavin, Esq., John C. Koslowsky, Esq., Richard W. Renehan, Esq., J. Owen Todd, Esq.]